1  Stephanie R. Tatar – State Bar No. 237792
   **TATAR LAW FIRM, APC**
2  3500 West Olive Avenue
   Suite 300
3  Burbank, California 91505
4  Telephone: (323) 744-1146
5  Facsimile: (888) 778-5695
   Stephanie@thetatarlawfirm.com
6

7  *Attorney for Plaintiff Cynthia Wright*

8
                **UNITED STATES DISTRICT COURT**
9                **CENTRAL DISTRICT OF CALIFORNIA**

10 | CYNTHIA WRIGHT, | |
11 | | |
12 | Plaintiff, | **No. 2:14-cv-4817 BRO (PLAx)** |
13 | vs. | |
14 | | **ORDER JOINT STIPULATION TO DISMISS** |
15 | TARGET NATIONAL BANK and PORTFOLIO RECOVERY ASSOCIATES, LLC, | |

   This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that this matter be dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

                                SO ORDERED:

   Dated: April 29, 2015        _____

                                Hon. Beverly Reid O'Connell, U.S.D.J.

1
JOINT STIPULATION TO DISMISS